■ In the Matter of TIONE M., a Person Alleged to be a Juvenile Delinquent, Appellant. [25 NYS3d 871]—

Order of disposition, Family Court, Bronx County (Peter J. Passidomo, J.), entered on or about December 16, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of menacing in the third degree, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The court's finding was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348, 349 [2007]). There is no basis for disturbing the court's credibility determinations. The victim's testimony established that appellant, while acting in concert with others, chased the victim and demanded money from him, causing him to reasonably fear an attack (*see Matter of Orenzo H.*, 33 AD3d 492 [1st Dept 2006]). This evidence supported the elements of third-degree menacing. Appellant's alternative interpretations of these events are unavailing. Concur—Tom, J.P., Saxe, Richter and Kapnick, JJ.